UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER NELSON, | ) |
| Petitioner, | ) |
| v. | ) No. 4:07CV1810 FRB |
| JENNIFER JOYCE, et al., | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition shall be summarily dismissed because it is unintelligible. See Rule 4 of the Rules Governing § 2254 Cases (providing for sua sponte dismissal of habeas petitions).

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice.

Dated this 27th day of December, 2007.

UNITED STATES DISTRICT JUDGE